**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Joshua Smith,                                                        Civil No. 17-1347 (DWF/HB)
a/k/a Joshua Bernard Smith-Bey,

                        Petitioner,

                                                                        **ORDER ON REPORT**
v.                                                                      **AND RECOMMENDATION**

Tom Roy,

                        Respondent.


The above matter comes before the Court upon the Report and Recommendation

of United States Magistrate Judge Hildy Bowbeer dated July 16, 2018.  (Doc. No. 16.)

No objections have been filed to that Report and Recommendation in the time period

permitted.[1]  The factual background for the above-entitled matter is clearly and precisely

set forth in the Report and Recommendation and is incorporated by reference.  Based

upon the Report and Recommendation of the Magistrate Judge and upon all of the files,

records, and proceedings herein, the Court now makes and enters the following:

---

[1]      On July 18, 2018, Petitioner filed a "Petition to Vacate, Set Aside Judgment and
Recall Bonds with Full Settlement and Closure of Account."  (Doc. No. 18.)  Petitioner,
however, signed the Petition on July 10, 2018, several days before the Magistrate Judge
issued her Report and Recommendation.  In addition, the Petition does not identify any
specific portion of the Report and Recommendation to which he objects.  The Court finds
that this filing is not a proper objection and, therefore, declines to consider it as such.

**ORDER**

1.      Magistrate Judge Hildy Bowbeer's July 16, 2018 Report and

Recommendation (Doc. No. [16]) is **ADOPTED**.

2.      Joshua Smith-Bey's Petition under 28 U.S.C. § 2254 for Writ of Habeas

Corpus by a Person in State Custody (Doc. No. [1]) is **DENIED.**

3.      No certificate of appealability will be issued.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  August 20, 2018                    s/Donovan W. Frank
                                           DONOVAN W. FRANK
                                           United States District Judge